W. H. S. LLOYD CO., INC. *v.* UNITED STATES

**No. 4354.**—Invoices dated Perivale, England, December 31, 1936, and January 14, 1937.

Entered at New York January 16, 1937, and January 29, 1937.
Entry Nos. 804381 and 810825.

(Decided June 22, 1938)

*Strauss & Hedges* (*William F. X. Band* of counsel) for the plaintiff.
*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

KINCHELOE, Judge: These appeals to reappraisement have been stipulated and submitted for decision by the parties hereto.

On the agreed facts, I find the foreign value, as that value is defined in section 402 (c) of the Tariff Act of 1930, is the proper basis for the determination of the values of the merchandise here involved, and that such values were the entered units of value plus 5 per centum, less 10 per centum and 2½ per centum, plus packing. Judgment will be entered accordingly.